UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-8462-WM



UNITED STATES OF AMERICA

vs.

KENNETH CHATMAN, a/k/a "Kenny,"

Defendant.
_____/

## NOTICE OF HEARING

**TAKE NOTICE** that the above-entitled cause has been set for hearing on the United States' Motion for a Hearing pursuant to *Garcia v. United States*, 517 F.2d 272 (5th Cir. 1975), with respect to the representation of defendant Kenneth Chatman for 10:30 a.m., January 17, 2017, at the United States District Court, 701 Clematis Street, Courtroom 1, West Palm Beach, Florida.

DONE and ORDERED in Chambers in West Palm Beach, Florida, this 12th day of January, 2017.

_____
DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record